1  IRELL & MANELLA LLP
   Andra Barmash Greene (123931)
2  agreene@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone:   (949) 760-0991
5  Facsimile:   (949) 760-5200

6  Attorneys for Defendants

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO**

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab, <br><br> *Plaintiffs*, <br><br> vs. <br><br> Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC, <br><br> *Defendants.* | Case No. 3:15-cv-01257-JST <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS <br><br> Date:  July 9, 2015 <br> Time:  2:00 p.m. <br> Judge: Hon. Jon S. Tigar <br> Place  San Francisco Courthouse <br>         Courtroom 9, 19th Floor <br>         450 Golden Gate Ave. <br>         San Francisco, CA 94102 |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
(Case No. 3:15-cv-01257-JST)

1   The motion of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC for
2   an order to dismiss Plaintiffs' complaint for failure to state a claim upon which relief can be
3   granted came on for hearing before the above-entitled Court on July 9, 2015 at 2:00 p.m., the Hon.
4   Jon S. Tigar, United States District Judge, presiding.  The issues having been duly heard and good
5   cause appearing, the motion is GRANTED for the reasons set forth in the papers filed in
6   connection with the motion.

7   IT IS SO ORDERED.

9   Dated: _____

   _____
   The Honorable Jon S. Tigar
   United States District Judge