| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andra Barmash Greene (123931) |
| 2 | agreene@irell.com |
|   | A. Matthew Ashley (198235) |
| 3 | mashley@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 4 | Newport Beach, California 92660-6324 |
|   | Telephone:   (949) 760-0991 |
| 5 | Facsimile:   (949) 760-5200 |
| 6 | Attorneys for Defendant |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab,<br><br>      *Plaintiffs*,<br><br>    vs.<br><br>Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC,<br><br>      *Defendants*. | Case No. 3:15-cv-01257-JST<br><br>**DECLARATION OF A. MATTHEW ASHLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

---

DECL. OF A. MATTHEW ASHLEY ISO OF DEFENDANTS' MOTION TO DISMISS
(Case No. 3:15-cv-01257-JST)

I, A. Matthew Ashley declare as follows:

1. I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am a partner with the law firm of Irell & Manella LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants").

2. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3. Plaintiffs' complaint, at for example paragraph forty-three, cites to statements made on Uber's Safety webpage. The webpage is accessible at the following URL address: https://www.uber.com/safety. A true and correct copy of the Uber's Safety webpage is attached hereto as **Exhibit A.**

4. Uber's Safety webpage contains an interactive panel titled "Rider Safety." The panel contains four clickable buttons that correspond to four different "Rider Safety" features: (1) "Background Checks"; (2) "No Hailing," (3) "Anonymous Feedback," and (4) "Driver Profiles." When a visitor clicks on each button, they can read a description of the corresponding feature. A true and correct copy of what a visitor is shown when he or she clicks on each button is attached hereto as **Exhibit B.**

5. Plaintiffs' complaint, for example at paragraph fifty-eight, cites a blog post hosted on Uber's website titled "Uber Background Checks." This blog post is accessible at the following URL address: http://blog.uber.com/driverscreening. A true and correct copy of this blog post is attached hereto as **Exhibit C.**

6. Paragraph sixty-three of Plaintiffs' complaint quotes an online news article titled "Local 4 Defenders: Is Uber X safe?" The article is accessible at the following URL address: http://www.clickondetroit.com/news/local-4-defenders-is-uberx-safe/26944252. A true and correct copy of this article is attached hereto as **Exhibit D.**

7. Paragraph sixty-four of Plaintiffs' complaint quotes an online news article titled "Faulty Background Checks May Put UberX Passengers at Risk, Report Says." The article is

1 accessible at the following URL address: http://mashable.com/2014/04/29/uberx-passengers-risk.
2 A true and correct copy of this article is attached hereto as **Exhibit E**.

3     8. Paragraph sixty-five of Plaintiffs' complaint quotes an online news article titled "Is
4 Uber Keeping Riders Safe?" The article is accessible at the following URL address:
5 http://www.nbcbayarea.com/investigations/Is-Uber-Keeping-Riders-Safe-256438921.html. A true
6 and correct copy of this article is attached hereto as **Exhibit F.**

7     I declare under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct.

9     Executed on May 14, 2015, at Newport Beach, California

                        By:    /s/ A. Matthew Ashley
                                A. Matthew Ashley

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file **DECLARATION OF A. MATTHEW ASHLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this efiled document.

By:   /s/  Michael D. Harbour

Michael D. Harbour