# Exhibit A



# SAFETY BY DESIGN
## GOING THE DISTANCE TO PUT PEOPLE FIRST

**SIGN UP FOR UBER**

Wherever you are around the world, Uber is committed to connecting you to the safest ride on the road. That means setting the strictest safety standards possible, then working hard to improve them every day. The specifics vary depending on what local governments allow, but within each city we operate, we aim to go above and beyond local requirements to ensure your comfort and security - what we're doing in the US is an example of our standards around the world.

# RIDER SAFETY

From the moment you request a ride to the moment you arrive, the Uber experience has been designed from the ground up with your safety in mind.



## BACKGROUND CHECKS YOU CAN TRUST

Every ridesharing and livery driver is thoroughly screened through a rigorous process we've developed using constantly improving standards. This includes a three-step criminal background screening for the U.S. – with county, federal and multi-state checks that go back as far as the law allows – and ongoing reviews of drivers' motor vehicle records throughout their time on Uber.

READ MORE



## SAFER STREETS

Making cities better is at the heart of everything we do. It's much more than improving the way people get around. It's celebrating what makes those cities special, caring about the people who make them great, and being responsible citizens. That's why we work hard to keep our streets safe for everyone, whether they're on foot, on a bike, or in another car.



### END-TO-END INSURANCE, WE HAVE YOU COVERED

From the moment you get into any Uber product (e.g. uberX, UberBLACK) to the moment you're dropped off, your ride is covered by commercial liability insurance. That goes for every trip in every city around the world. In the U.S. specifically, ridesharing has become a popular choice – and Uber is the first company to ensure true end-to-end insurance coverage for ridesharing, with drivers on uberX protected by liability coverage even between trips.

READ MORE

## DRIVER SAFETY

Hard-working drivers are the key to the success of the Uber platform, providing the foundation of the elevated experience we strive to deliver with every ride. That's why making sure drivers feel respected and protected is a high priority for us.



### CASHLESS TRANSACTIONS PROTECT YOU FROM RISK

Fares are charged automatically to the rider's credit card – so drivers never have to deal with the risk or hassle of carrying cash and making change.

"I also believe partnering with uberX is a safer alternative to taxis…every passenger has to use the app to request a ride and…I do not have to carry cash so there is no incentive to rob me."


