# Exhibit B

# SAFETY BY DESIGN

## GOING THE DISTANCE TO PUT PEOPLE FIRST

**SIGN UP FOR UBER**

Wherever you are around the world, Uber is committed to connecting you to the safest ride on the road. That means setting the strictest safety standards possible, then working hard to improve them every day. The specifics vary depending on what local governments allow, but within each city we operate, we aim to go above and beyond local requirements to ensure your comfort and security - what we're doing in the US is an example of our standards around the world.

## RIDER SAFETY

From the moment you request a ride to the moment you arrive, the Uber experience has been designed from the ground up with your safety in mind.



### BACKGROUND CHECKS YOU CAN TRUST

Every ridesharing and livery driver is thoroughly screened through a rigorous process we've developed using constantly improving standards. This includes a three-step criminal background screening for the U.S. – with county, federal and multi-state checks that go back as far as the law allows – and ongoing reviews of drivers' motor vehicle records throughout their time on Uber.

READ MORE

| BACKGROUND CHECKS | NO HAILING | ANONYMOUS FEEDBACK | DRIVER PROFILES |



# UBER

MENU     LOG IN     SIGN

# SAFETY BY DESIGN

GOING THE DISTANCE TO PUT PEOPLE FIRST

SIGN UP FOR UBER

Wherever you are around the world, Uber is committed to connecting you to the safest ride on the road. That means setting the strictest safety standards possible, then working hard to improve them every day. The specifics vary depending on what local governments allow, but within each city we operate, we aim to go above and beyond local requirements to ensure your comfort and security - what we're doing in the US is an example of our standards around the world.

## RIDER SAFETY

From the moment you request a ride to the moment you arrive, the Uber experience has been designed from the ground up with your safety in mind.



### SAFE PICKUPS

The Uber app automatically pinpoints your location to provide true door-to-door service. That means you stay safe and comfortable wherever you are until a driver arrives. No more waiting alone on a dark street hoping you can hail a taxi.

BACKGROUND CHECKS    NO HAILING    ANONYMOUS FEEDBACK    DRIVER PROFILES

# SAFETY BY DESIGN

GOING THE DISTANCE TO PUT PEOPLE FIRST

**SIGN UP FOR UBER**

Wherever you are around the world, Uber is committed to connecting you to the safest ride on the road. That means setting the strictest safety standards possible, then working hard to improve them every day. The specifics vary depending on what local governments allow, but within each city we operate, we aim to go above and beyond local requirements to ensure your comfort and security - what we're doing in the US is an example of our standards around the world.

## RIDER SAFETY

From the moment you request a ride to the moment you arrive, the Uber experience has been designed from the ground up with your safety in mind.



### ANONYMOUS FEEDBACK, FULL ACCOUNTABILITY

After every trip, we ask you to rate the driver and provide feedback about your ride – but your comments always remain anonymous to them. We are constantly monitoring feedback to help drivers improve the Uber experience they deliver. Drivers work hard to keep their ratings high, and they know our culture of accountability goes both ways.

READ MORE

BACKGROUND CHECKS    NO HAILING    ANONYMOUS FEEDBACK    DRIVER PROFILES





Wherever you are around the world, Uber is committed to connecting you to the safest ride on the road. That means setting the strictest safety standards possible, then working hard to improve them every day. The specifics vary depending on what local governments allow, but within each city we operate, we aim to go above and beyond local requirements to ensure your comfort and security - what we're doing in the US is an example of our standards around the world.

## RIDER SAFETY

From the moment you request a ride to the moment you arrive, the Uber experience has been designed from the ground up with your safety in mind.

