# Exhibit C

UBER.COM

LOG IN    SIGN UP

BLOG HOME    LOCAL BLOGS    SEARCH

POLICY

# UBER BACKGROUND CHECKS

APRIL 25, 2014

POSTED BY LANE

All Uber ridesharing and livery partners must go through a rigorous background check. The three-step screening we've developed across the United States, which includes county, federal and multi-state checks, has set a new standard. These checks go back 7 years, the maximum allowable by the Fair Credit Reporting Act. We apply this comprehensive and new industry standard consistently across all Uber products, including uberX.

Screening for safe drivers is just the beginning of our safety efforts. Our process includes prospective and regular checks of drivers' motor vehicle records to ensure ongoing safe driving. Unlike the taxi industry, our background checking process and standards are consistent across the United States and often more rigorous than what is required to become a taxi driver.

What exactly is involved in Uber's background checks?

All drivers are screened against:

- County courthouse records going back 7 years for every county of residence
- Federal courthouse records going back 7 years
- Multi-State Criminal Database going back 7 years
- National Sex Offender Registry screen
- Social Security Trace (lifetime)
- Motor Vehicle Records (historical and ongoing)

Criteria for drivers to pass through Uber's screening, going back seven years:

- No DUI or other drug related driving violations or severe infractions*
- No Hit and Runs
- No fatal accidents
- No history of reckless driving
- No violent crimes
- No sexual offenses
- No gun related violations
- No resisting/evading arrest
- No driving without insurance or suspended license charge in the past 3 years

*CA requires no DUI in the past 10 years

The bottom line

Uber works hard to ensure that we are connecting riders with the safest rides on the road. The current efforts we are undertaking to protect riders, drivers and cities are just the beginning.

We'll continue innovating, refining, and working diligently to ensure we're doing everything we can to make Uber the safest experience on the road. If you have feedback, questions, or concerns, about our background check or screening policies please let us know at backgroundchecks@uber.com.



CATEGORIES: POLICY /



SIGN UP FOR UBER

HOME  •  CITIES  •  DRIVERS

ABOUT US    HELP CENTER    CAREERS    BLOG



