# Exhibit D



# Local 4 Defenders: Is UberX safe?

Investigation reveals problems with drivers' histories on roads

Published On: Jul 14 2014 10:53:01 PM EDT | Updated On: Jul 14 2014 11:00:00 PM EDT

**DETROIT -** The company that puts everyday people in the driver's seat is dealing with a controversy that could affect your safety.

Uber is the new way to get around town. It's quick, easy and is all run through an app. Users simple punch in their pick up location and the closest Uber car is sent to pick them up. The app displays the driver's name, picture and what kind of vehicle they're driving. Accounts are linked to a credit or debit card, so there's never an exchange of cash.

Users can request a luxury car, an SUV, a "black car," or an UberX.

**Quick Clicks**
Is 'pink mustache' ride service legal?
Take our poll on Uber

UberX, the company's lowest cost rides uses drivers in their own vehicle who are not required to have a chauffeurs license.

But whose behind the wheel?

UberX isn't required to follow some of the same rules as cab companies.

The Defenders did some research and found disturbing articles about a lack of in-depth background checks and vehicle inspections.

In Los Angeles, Beverly Locke, a reformed criminal still on probation for burglary and assault, put Uber to the test by applying. After filling out an online application, Locke was hired.

In San Francisco, Syad Mussafar was a driver who was arrested for hitting and killing a child on New Year's Eve. He also has a prior reckless driving conviction.
Uber says thousands of background checks have been done this year alone, and roughly 15 percent have been flagged and not offered opportunities to drive.

Here in Detroit, the Defenders hired UberX drivers and found that criminal convictions weren't the concern, but questionable driving records were.

There were drivers who had previously had their licenses suspended, been in a serious accident with injuries, had speeding tickets, cited for no proof of insurance or were driving vehicles that were registered to other people.



There can be concern if the driver isn't insured and there's an accident.

"The faux pas in this is if you're in a state that requires a license, as in the state of Michigan, operating a taxi service, you have to show that you do have proper coverage," legal expert Todd Flood said. "If you don't have proper coverage, there's some serious laws they're probably breaking."

Uber says drivers and passengers are covered by its $1 million commercial liability coverage, which is in excess of the driver's own personal policy.

What about training?

A Defender hidden camera recorded one driver saying this, "Because you use your own car, so it doesn't require any training."

**If you've used Uber before, what did you think?**
- I use it often and never had any problems.
- I've used it once or twice, but only when I've really needed it.
- I stopped using it after a bad experience.
- I've never used it and I won't ever use it.

View Results    Submit

**Full statement from Uber**

*Due to our privacy policy we cannot disclose personal information about drivers that partner with Uber.*

*What I can tell you is that Uber takes passenger safety very seriously. We work every day to connect riders with the safest rides on the road and go above and beyond local requirements in every city we operate.*

*Uber only partners with drivers who pass an industry-leading screening that includes a criminal background check at the county, federal and multi-state level going back as far as the law allows. We also conduct ongoing reviews of drivers' motor vehicle records during their time as an Uber partner.*

*Additionally, Uber only partners with drivers that are specifically covered on the insurance policy for the vehicle in which they operate.*

He lived with a secret for 60 years



Tonight at 11 p.m. - His secret made everyday things like working and shopping difficult. See the "Force 4 Good" that changed his life!


ADVERTISEMENT

**Most Popular on ClickOnDetroit**

Articles | Slideshows | Videos

- Body found in burned van is young woman
- Advertise with us
- Woman seriously injured by dog attack
- Detroit police officers accused of stealing, selling drugs
- Tornado Watch expires as rain moves through
- Twins commentator Bert Blyleven rips "ugly" Detroit

View More

**Today's Clickers**



Health-conscious fast food options

iStock  Eating healthy doesn't necessarily mean avoiding the drive-through window. Take a look at some of the healthier options available at different fast food restaurants, according to information from WebMD.

- On this day: April 10
- Notable food recalls
- 25 movie sequels nobody asked for
- Naptime? These people headed to Ikea
- 15 things to buy at a dollar store
- On this day: April 9

*For more information on what makes Uber the safest rides on the road, please see our website:* https://www.uber.com/safety

*Lauren Altmin, Uber Technologies, Inc*

 

*Copyright 2014 by ClickOnDetroit.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

## Comments

The views expressed below are not those of Click On Detroit, WDIV, or its affiliated companies. By clicking on "Post," you acknowledge that you have read the Terms of Service and your comment is in compliance with such terms. Readers, please help keep this discussion respectful and on topic by flagging comments that are offensive or inappropriate (hover over the commenter's name and you'll see the flag option appear on right side of that line). And remember, respect goes both ways: Tolerance of others' opinions is important in a free discourse. If you're easily offended by strong opinions, you might skip reading comments entirely.

Comments for this thread are now closed. ✕

**9 Comments**   **ClickOnDetroit**                                                             Login ▾

♥ Recommend    ⤴ Share                                                      Sort by Newest ▾

 **Brian O'Donnell** · 8 months ago
To all the anti-uber people. How would you like someone to tell you what to do with your car? If the driver owns the car they have every right to do what they want with it. The person who uses uber has every right to choose how they spend their money. We are done taking rude beat up cabs that have no better drivers than uber. Do you really think a cab driver who takes a 10 question test and pays money to the state is more qualified? Uber has better insurance than cabs, more requirements, nicer cars, nicer drivers and a better level of respect. This is not debatable because it is fact. Cabs are done in MI!!! If they want the cabs can keep the late night drunks with crumpled up cash, and uber will take care of the rest.

2 ▲ ▾ • Share ›

 **Cromulent** · 9 months ago
If Uber can't give paying customers what they want at a price they like they'll go out of biz. The free market works, if you let it.

3 ▲ ▾ • Share ›

 **Guest** → Cromulent · 8 months ago
If Uber isn't operating legally it shouldn't be in business in the first place.

In the state of Missouri if you are driving to make money you are required to have a Class E (chauffeurs license) driver's license even if you are only delivering pizza. Most states have something similar but it is called something different.

Personal car insurance doesn't cover accidents if something happens while you are using your car for commercial purposes. If you are being paid to offer services to the public you are driving commercially. Personal car insurance cost 100s while commercial car insurance cost thousands. You can get by with $100,000 personal injury with personal car insurance. Most cities/states require legally operating cab companies, limos, buses, etc to carry 1 million dollars of personal injury commercial insurance.

If you are transporting 16 or more people you are required by federal law to have a Passenger endorsement.