IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc.; Rasier, LLC; and
Rasier-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab, <br><br> Plaintiffs, <br><br> vs. <br><br> Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC, <br><br> Defendants. | Case No. 3:15-cv-01257-JST <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** <br><br> Action Filed: March 18, 2015. |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3422889

Certification of Interested Entities or Persons

(Case No. 3:15-cv-01257-JST)

1 **TO THE CLERK OF THE COURT**:

2  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
3 named parties, there is no such interest to report.

5 Dated: May 14, 2015  Respectfully submitted,

6  IRELL & MANELLA LLP

8  By: /s/ A. Matthew Ashley
9  A. Matthew Ashley
   Attorneys for Defendants
10  Uber Technologies, Inc.; Rasier, LLC; and
   Rasier-CA, LLC

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3422889

Certification of Interested Entities or Persons

(Case No. 3:15-cv-01257-JST)

- 1 -

## ECF ATTESTATION

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this efiled document.

By:   /s/ Nathaniel Lipanovich
Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3422889

- 2 -

Certification of Interested Entities or Persons

(Case No. 3:15-cv-01257-JST)