BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

CHRISTOPHER B. DOLAN (Bar No. 165358)
  chris@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone:  (415) 421-2800
Facsimile:   (415) 421-2830

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab, <br><br>        Plaintiffs, <br>  vs. <br><br>Uber Technologies; Rasier, LLC; and Rasier-CA, LLC, <br><br>        Defendants. | CASE NO. 3:15-cv-01257-JST <br><br>**DECLARATION OF BENJAMIN E. SHIFTAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AWYC'S MOTION TO INTERVENE** <br><br>Date:    July 30, 2015 <br>Time:   2:00 p.m. <br>Crtrm.:  9, 19th Floor |

I, Benjamin E. Shiftan, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney at the firm of Pearson, Simon & Warshaw, LLP, and am counsel for record for Plaintiffs.

2. I am one of the attorneys principally responsible for the handling of this matter. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. My office's paralegal fielded a call from attorney Maryann Cazzell ("Ms. Cazzell") on Thursday May 28, 2015.

4. The next day, on Friday May 29, 2015, I called Ms. Cazzell back. She informed me that she wished to intervene in the above-captioned action on behalf of a client—A White and Yellow Cab, Inc. dba A Taxi Cab and 1-800-4 My Taxi ("AWYC"). She told me that she was still preparing a proposed complaint-in-intervention and would forward it upon completion. She asked whether Plaintiffs would stipulate to allow her client to intervene in the above-captioned action. I told her that I would review the proposed complaint-in-intervention when it was complete, and then would make a decision as to whether intervention was appropriate.

5. On Wednesday June 3, 2015, Ms. Cazzell e-mailed me a draft proposed complaint-in-intervention.

6. On Friday June 5, 2015, I e-mailed Ms. Cazzell, stating as follows: "Thanks, Maryann. We are evaluating and will get back to you next week."

7. On Wednesday June 10, 2015, I received a voicemail from Ms. Cazzell inquiring as to whether Plaintiffs had made a decision on stipulating to allow her client to intervene. I promptly returned the call and informed her that I was still analyzing whether intervention was procedurally appropriate. I also informed Ms. Cazzell again—just as I informed her in my e-mail on June 5, 2015—that Plaintiffs would provide her an answer that week.

8. Two days later, on Friday June 12, 2015, I e-mailed Ms. Cazzell to inform her that Plaintiffs would not stipulate to the intervention of her client, as—given the allegations in the proposed complaint-in-intervention—Plaintiffs did not believe intervention was procedurally appropriate.

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3        Executed on July 2, 2015 at La Jolla, CA.

*/s/ Benjamin E. Shiftan*
BENJAMIN E. SHIFTAN

864107.1     2     3:15-cv-01257-JST
DECLARATION OF BENJAMIN E. SHIFTAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AWYC'S MOTION TO INTERVENE