UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab, <br><br> Plaintiffs, <br><br> vs. <br><br> Uber Technologies; Rasier, LLC; and Rasier-CA, LLC, <br><br> Defendants. | CASE NO. 3:15-cv-01257-JST <br><br> **[PROPOSED] ORDER DENYING AWYC'S MOTION TO INTERVENE** <br><br> Date:  July 30, 2015 <br> Time:  2:00 p.m. <br> Crtrm.:  9, 19th Floor |

**1**     This matter comes before the Court on A White and Yellow Cab, Inc. dba A Taxi Cab and
**2** 1-800-4 My Taxi's ("AWYC") Motion to Intervene.  Having considered the papers submitted, and
**3** having entertained oral argument, the Court DENIES AWYC's Motion to Intervene in its entirety.
**4**     IT IS SO ORDERED.
**5** DATED: _____

**7**                                          _____
                                         HONORABLE JON S. TIGAR
**8**                                      UNITED STATES DISTRICT COURT