IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc.; Rasier, LLC; and
Rasier-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC,<br><br>　　　　　Defendants. | Case No. 3:15-cv-01257-JST<br><br>**DEFENDANTS' STATEMENT OF NONOPPOSITION TO A WHITE AND YELLOW CAB, INC.'S MOTION TO INTERVENE**<br><br>Date:　　　　July 30, 2015<br>Time:　　　　2:00 p.m.<br>Judge:　　　Hon. Jon S. Tigar<br>Courtroom:　San Francisco Courthouse<br>　　　　　　Courtroom 9, 19th Floor<br>　　　　　　450 Golden Gate Ave.<br>　　　　　　San Francisco, CA 94102 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3448035

DEFENDANTS' STATEMENT OF NONOPPOSITION TO
A WHITE AND YELLOW CAB, INC.'S MOTION TO
INTERVENE (Case No. 3:15-cv-01257-JST)

1  Pursuant to Local Rule 7-3(b), Defendants Uber Technologies, Inc., Rasier, LLC, and
2  Rasier-CA, LLC hereby notify the Court of their nonopposition to A White and Yellow Cab,
3  Inc.'s Motion to Intervene (Dkt. No. 32).

4  Dated: July 2, 2015                              Respectfully submitted,

5                                                   IRELL & MANELLA LLP

7                                                   By:   /s/ A. Matthew Ashley
8                                                         A. Matthew Ashley
                                                          Attorneys for Defendants
9                                                         Uber Technologies, Inc.; Rasier, LLC; and
                                                          Rasier-CA, LLC

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3448035

- 1 -

DEFENDANTS' STATEMENT OF NONOPPOSITION TO
A WHITE AND YELLOW CAB, INC.'S MOTION TO
INTERVENE (Case No. 3:15-cv-01257-JST)

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this DEFENDANTS' STATEMENT OF NONOPPOSITION TO A WHITE AND YELLOW CAB, INC.'S MOTION TO INTERVENE. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:  /s/ Nathaniel Lipanovich

Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3448035

- 2 -

DEFENDANTS' STATEMENT OF NONOPPOSITION TO A WHITE AND YELLOW CAB, INC.'S MOTION TO INTERVENE (Case No. 3:15-cv-01257-JST)