# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  July 9, 2015             Judge:  Jon S. Tigar

Time:  47 minutes

Case No.    **3:15-cv-01257-JST**
Case Name   **L.A. Taxi Cooperative, Inc., et al. v. Uber Technologies, Inc., et al.**

Attorney for Plaintiffs:     Benjamin E. Shiftan

Attorneys for Defendant:     Alvin Matthew Ashley; Michael D. Harbour

Deputy Clerk:  William Noble           Court Reporter: Debra Pas

## PROCEEDINGS

Defendants' Motion to Dismiss (docket 16)

## RESULT OF HEARING

1. Motion hearing held.  Motion under submission.
2. Defendant's response to <u>Heartland Payment Systems, Inc.</u> case cited by plaintiff is due July 13, 2015 by the close of the business day.  The brief shall be no longer than five pages.

1