Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Nathaniel Lipanovich | 2a. CONTACT PHONE NUMBER<br>(949) 760-5104 | 3. CONTACT EMAIL ADDRESS<br>nlipanovich@irell.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>same | 2b. ATTORNEY PHONE NUMBER<br>(949) 760-5104 | 3. ATTORNEY EMAIL ADDRESS<br>nlipanovich@irell.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Irell & Manella, LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660 | 5. CASE NAME<br>LA Taxi Coop. et al. v. Uber Technologies Inc. et al. | 6. CASE NUMBER<br>3:15-cv-01257 |
|---|---|---|
| | 8. THIS TRANSCRIPT ORDER IS FOR: | |
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Debra L. Pas | ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☑ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 07/09/2015 | JST | motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   /s/ Nathaniel Lipanovich | 12. DATE<br>07/13/2015 |
|---|---|

| DISTRIBUTION: | ☐ COURT COPY | ☐ TRANSCRIPTION COPY | ☐ ORDER RECEIPT | ☐ ORDER COPY |
|---|---|---|---|---|