# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 22, 2015    Judge: Jon S. Tigar

Time: 11 minutes

Case No.    **3:15-cv-01257-JST**
Case Name   **L.A. Taxi Cooperative, Inc. et al v. Uber Technologies, Inc. et al**

Attorney for Plaintiffs:    Benjamin E. Shiftan

Attorneys for Defendants:   A. Matthew Ashley; Andra B. Greene

Deputy Clerk: William Noble    Court Reporter: Not reported

## PROCEEDINGS

Initial case management conference.

## RESULT OF HEARING

1. The Court vacated the current mediation deadline.
2. Telephonic case management conference set for August 5, 2015 at 10:00 a.m. By August 3 at 12:00 p.m. the parties shall file competing or a stipulated schedule. The schedule should include an updated mediation deadline, scope of depositions, and number of interrogatories. If the parties file an agreed upon schedule, the conference will be vacated.
3. Further case management conference set for December 9, 2015 at 2:00 p.m. in San Francisco.