1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@pswlaw.com
2  BENJAMIN E. SHIFTAN (Bar No. 265767)
     bshiftan@pswlaw.com
3  **PEARSON, SIMON & WARSHAW, LLP**
   44 Montgomery Street, Suite 2450
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile:  (415) 433-9008

6  CHRISTOPHER B. DOLAN (Bar No. 165358)
     chris@cbdlaw.com
7  **THE DOLAN LAW FIRM**
   1438 Market Street
8  San Francisco, California 94102
   Telephone: (415) 421-2800
9  Facsimile:  (415) 421-2830

10 Attorneys for Plaintiffs

IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 13 L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab, | CASE NO. 3:15-cv-01257-JST **JOINT CASE MANAGEMENT SCHEDULE** [If the Court Deems Necessary] Date:      August 5, 2015 Time:     10:00 a.m. Crtrm.:  9, 19th Floor (Telephone Conference) |

                    Plaintiffs,
           vs.

Uber Technologies, Inc.; Rasier, LLC; and
Rasier-CA, LLC,

                    Defendants.

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

Pursuant to the Court's directive at the July 22, 2015 Case Management Conference, Plaintiffs[1] and Uber[2] have met and conferred in an effort to create a case management schedule. This proposed case management schedule is without prejudice to the parties' rights to seek to modify the schedule.

| Event | Proposed Date |
|---|---|
| Initial Disclosures | Parties have already exchanged |
| Plaintiffs to File First Amended Complaint Pursuant to Court's Ruling on Motion to Dismiss (ECF No. 44) | August 3, 2015 |
| Defendants to Respond to First Amended Complaint | August 24, 2015 |
| Amendment of the Pleadings Deadline | October 16, 2015, with both Plaintiffs and Uber reserving the right to seek leave to amend as investigation and discovery develops |
| Further Case Management Conference | December 9, 2015 |
| Discovery Cut-off for Non-Expert Discovery | August 10, 2016 |

---

[1] "Plaintiffs" signifies all taxi cab companies named as Plaintiffs in the Complaint.

[2] "Uber" or "Defendants" signifies all three defendants: Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

| Designation and Opening Reports of Experts | August 12, 2016 |
|---|---|
| Rebuttal Expert Designation and Reports | September 23, 2016 |
| Discovery Cut-off for Expert Discovery | October 14, 2016 |
| Mediation Deadline | October 14, 2016 |
| Dispositive Motions Filing | October 21, 2016 |
| Oppositions to Dispositive Motions | November 11, 2016 |
| Replies in Support of Dispositive Motions | November 23, 2016 |
| Hearing of Dispositive Motions | December 8, 2016 |
| Pre-trial Conference | December 16, 2016 |
| Trial | January 17, 2017 |

Plaintiffs and Uber offer this proposed schedule based upon information available to them pursuant to the investigation that they have been able to conduct to date. While Plaintiffs and Uber have investigated sources of information immediately available to them, Plaintiffs and Uber have not yet had sufficient opportunity to interview all persons who have, or may have, knowledge of the facts relevant to this lawsuit or review all documents which refer or relate to such facts. As discovery in this lawsuit continues, additional information, persons, and documents may become known to Plaintiffs and their counsel. The knowledge of this additional information, these persons, and these documents may require a change in the schedule.

The parties have also discussed various discovery issues, and have agreed to the following:

Interrogatories:

At this early stage in the case, the parties have agreed that Rule 33(a) of the Federal Rules

of Civil Procedure be modified to allow Plaintiffs to collectively serve 35 interrogatories on Defendants, and Defendants to collectively serve 35 interrogatories on Plaintiffs.  Any interrogatory will count as a single interrogatory, regardless of the number of parties to whom the interrogatory is directed and regardless of the number of parties serving the interrogatory. Moreover, any interrogatory will be deemed a single interrogatory even where the response to that interrogatory differs for each propounding party, or where the interrogatory contains reasonable subparts, the responses to which may only be of interest to certain of the propounding parties.  The parties agree to meet and confer in good faith in the future about an alternative arrangement if this approach does not prove workable.  The parties reserve all rights to seek judicial intervention if necessary.

Depositions:

At this early stage in the case, the parties have agreed that depositions of named parties under Federal Rule of Civil Procedure 30(b)(6) do not count towards each side's 10-deposition-per-side limit under Federal Rule of Civil Procedure Rule 30.  The parties agree to meet and confer in good faith in the future about an alternative arrangement if this approach does not prove workable.  The parties reserve all rights to seek judicial intervention if necessary.

//
//
//
//
//
//
//
//
//
//
//
//

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

DATED: July 31, 2015

/s/ Benjamin E. Shiftan

BRUCE L. SIMON (Bar No. 96241)
    bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
    bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

CHRISTOPHER B. DOLAN (Bar No. 165358)
    chris@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs

/s/ A. Matthew Ashley

A. MATTHEW ASHLEY (Bar No. 198235)
    mashley@irell.com
ANDRA BARMASH GREENE (Bar No. 123931)
    agreene@irell.com
**IRELL & MANELLA, LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Benjamin E. Shiftan hereby attests that concurrence in the filing of this document has been obtained by all signatories.*

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104