UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TAXI COOPERATIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.  15-cv-01257-JST<br><br>**SCHEDULING ORDER** |

Pursuant to the Court's order, ECF No. 47, and the parties' stipulation, ECF No. 48, the Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:[1]

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | October 16, 2015 |
| Updated joint case management statement due | November 25, 2015 |
| Further case management conference | December 9, 2015 |
| Mediation deadline | October 14, 2016 |
| Fact discovery cut-off | August 10, 2016 |
| Expert disclosures | August 12, 2016 |
| Expert rebuttal | September 23, 2016 |

---

[1] This scheduling order contains only the Court's usual events and omits certain other deadlines contained in the parties' proposed scheduling order.  ECF No. 48.  The Court assumes the parties will honor their agreements with each other.

| Event | Deadline |
|---|---|
| Expert discovery cut-off | October 14, 2016 |
| Deadline to file dispositive motions | October 21, 2016 |
| Pretrial conference statement due | January 6, 2017 |
| Pretrial conference | January 13, 2017 at 2:00 p.m. |
| Trial[2] | February 6, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | See below |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The parties are ordered to state the expected length of trial in any future joint case management statement.

/ / /

/ / /

/ / /

---

[2] The Court has selected trial and pre-trial conference dates that that allow for more time between the hearing of summary judgment motions and trial, consistent with the Court's usual practice. If the parties are not available on the indicated pre-trial and trial dates, they should notify the Court immediately.

1    The case management conference currently scheduled for August 5, 2015 is vacated.

2    IT IS SO ORDERED.

3    Dated:  July 31, 2015

_____
JON S. TIGAR
United States District Judge