1  IRELL & MANELLA LLP
   Andra Barmash Greene (123931)
2  agreene@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone:   (949) 760-0991
5  Facsimile:   (949) 760-5200

6  Attorneys for Defendants
   Uber Technologies, Inc.; Rasier, LLC; and
7  Rasier-CA, LLC

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11 | L.A. Taxi Cooperative, Inc. dba Yellow Cab  ) | Case No. 3:15-cv-01257-JST
   | Co.; Administrative Services SD, LLC dba  )  |
12 | Yellow Radio Service; All Yellow Taxi, Inc. ) | DEFENDANTS' ANSWER AND
   | dba Metro Cab; American Cab, LLC;  )          | AFFIRMATIVE DEFENSES TO
13 | American Cab, LLC dba Pomona Valley  )        | PLAINTIFFS' FIRST AMENDED
   | Yellow Cab; Bell Cab Company, Inc.; TM-  )    | COMPLAINT
14 | MTM, Inc.; Big Dog City Corporation dba  )
   | Citywide Dispatch, Citywide Taxi, and Big  )
15 | Dog Cab; Cabco Yellow, Inc. dba California  )
   | Yellow Cab; C&J Leasing, Inc. dba Royal  )
16 | Taxi; G&S Transit Management, Inc.; Gorgee  )
   | Enterprises, Inc.; LA City Cab, LLC; Long  )
17 | Beach Yellow Cab Co-operative, Inc.;  )
   | Network Paratransit Systems, Inc.; South Bay  )
18 | Co-operative, Inc. dba United Checker Cab;  )
   | Taxi Leasing, Inc. dba Yellow Cab of Ventura  )
19 | County; Tri-City Transportation Systems, Inc.;  )
   | Tri Counties Transit Corporation dba Blue  )
20 | Dolphin Cab of Santa Barbara, Yellow Cab of  )
   | Santa Maria, and Yellow Cab of San Luis  )
21 | Obispo; and Yellow Cab of South Bay Co-  )
   | operative, Inc. dba South Bay Yellow Cab,  )
22 |                                          )
   |              Plaintiffs,                 )
23 |                                          )
   |       vs.                                )
24 |                                          )
   | Uber Technologies, Inc.; Rasier, LLC; and  )
25 | Rasier-CA, LLC,                           )
   |                                          )
26 |              Defendants.                 )
   |                                          )
27 |

28

                DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
                             FIRST AMENDED COMPLAINT

1  Defendants Uber Technologies, Inc., ("Uber") Rasier, LLC, and Rasier-CA, LLC
2  (collectively "Defendants," without admitting or denying any relationship as between the separate
3  defendants) hereby respond to the allegations set forth in Plaintiffs' August 3, 2015 First Amended
4  Complaint.

5  Plaintiffs purport to be a collection of California taxi companies who claim that they have
6  lost customers to Uber as a result of Uber's allegedly false or misleading statements regarding its
7  safety standards.  Plaintiffs' allegations are false.  Not only are Uber's safety-related statements
8  true, but Plaintiffs and Uber do not even compete within the same industry.  None of the
9  Defendants is a taxi service.  Uber is an innovative technology company that enables riders to
10  request transportation services from third-party transportation providers using, among other
11  methods, a smart phone application.  The ease and convenience of Uber's pioneering approach has
12  created a new market of riders who had been underserved by traditional taxi companies, and
13  created opportunities for third party transportation providers to meet demand for their services.

14  Instead of adapting and innovating to capture a share of this new market, Plaintiffs have
15  instead brought suit seeking a share of Defendants' profits.  Plaintiffs' complaint, however, is
16  meritless.  Defendants hereby respond as follows.

17  **I.      <u>INTRODUCTION</u>**

18      1.      Defendants deny each and every allegation contained in paragraph 1 of the First
19  Amended Complaint.

20      2.      Defendants deny each and every allegation contained in paragraph 2 of the First
21  Amended Complaint.

22      3.      Defendants admit that the District Attorneys of San Francisco City and County and
23  Los Angeles County filed a complaint in San Francisco Superior Court against Defendants.
24  Defendants deny that this suit has merit.  Except as expressly admitted herein, Defendants deny
25  each and every allegation contained in paragraph 3 of the First Amended Complaint.

26      4.      Defendants lack information or knowledge sufficient to form a belief as to the truth
27  or falsity of whether Plaintiffs provide taxi cab services in California and therefore deny this

28

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

3467930

1  allegation.  Except as expressly admitted herein, Defendants deny each and every allegation

2  contained in paragraph 4 of the First Amended Complaint.

3       5.     Defendants admit that Rasier-CA, LLC is a transportation network company

4  licensed by the California Public Utilities Commission, and that Uber Technologies, Inc. is a

5  technology company that enables riders to request transportation services from third-party

6  transportation providers using, among other methods, a smart phone application.  Except as

7  expressly admitted herein, Defendants deny each and every allegation contained in paragraph 5 of

8  the First Amended Complaint.

9  **II.     <u>JURISDICTION AND VENUE</u>**

10       6.     Defendants admit that Plaintiffs have brought an action against them alleging

11  violations of 15 U.S.C. § 1125 and California Business and Professions Code § 17500.

12  Defendants deny that these claims have merit.  Except as expressly admitted herein, Defendants

13  deny each and every allegation contained in paragraph 6 of the First Amended Complaint.

14       7.     Defendants do not contest subject matter jurisdiction at this time.

15       8.     Defendants do not contest venue.  Except as expressly admitted herein, Defendants

16  deny each and every allegation contained in Paragraph 8 of the First Amended Complaint.

17       9.     Defendants do not contest personal jurisdiction.

18  **III.    <u>INTRADISTRICT ASSIGNMENT</u>**

19       10.    Paragraph 10 of the First Amended Complaint does not contain a factual allegation

20  to which any response is required.

21  **IV.    <u>PARTIES</u>**

22       **A.     <u>Plaintiffs</u>**

23       11.    Defendants lack knowledge or information sufficient to form a belief as to the truth

24  or falsity of the allegations contained in paragraph 11 of the First Amended Complaint and

25  therefore deny them.

26       12.    Defendants lack knowledge or information sufficient to form a belief as to the truth

27  or falsity of the allegations contained in paragraph 12 of the First Amended Complaint and

28  therefore deny them.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

3467930

13.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of the First Amended Complaint and therefore deny them.

14.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of the First Amended Complaint and therefore deny them

15.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of  the allegations contained in paragraph 15 of the First Amended Complaint and therefore deny them.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of the First Amended Complaint and therefore deny them.

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of the First Amended Complaint and therefore deny them.

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of the First Amended Complaint and therefore deny them.

19.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 19 of the First Amended Complaint and therefore deny them.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 20 of the First Amended Complaint and therefore deny them.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 21 of the First Amended Complaint and therefore deny them.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

3467930

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 22 of the First Amended Complaint and therefore deny them.

23.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 23 of the First Amended Complaint and therefore deny them.

24.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 24 of the First Amended Complaint and therefore deny them.

25.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 25 of the First Amended Complaint and therefore deny them.

26.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 26 of the First Amended Complaint and therefore deny them.

27.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 of the First Amended Complaint and therefore deny them.

28.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 28 of the First Amended Complaint and therefore deny them.

29.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 29 of the First Amended Complaint and therefore deny them.

30.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 30 of the First Amended Complaint and therefore deny them.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE FIRST AMENDED COMPLAINT

3467930

**B.**     **Defendants**

31.     Defendants admit the allegations contained in paragraph 31 of the First Amended Complaint.

32.     Defendants admit the allegations contained in paragraph 32 of the First Amended Complaint.

33.     Defendants admit the allegations contained in paragraph 33 of the First Amended Complaint.

34.     Defendants admit that Uber is a technology company that enables riders to request transportation services from third-party transportation providers using, among other methods, a smartphone application.  Except as expressly admitted herein, Defendants deny each and every allegation contained in Paragraph 34 of the First Amended Complaint.

**V.     FACTUAL ALLEGATIONS**

35.     Defendants deny each and every allegation contained in paragraph 35 of the First Amended Complaint.

36.     Defendants admit that Uber is a technology company that enables riders to request transportation services from third-party transportation providers using, among other methods, a smartphone application.  Except as expressly admitted herein, Defendants deny each and every allegation contained in paragraph 36 of the First Amended Complaint.

37.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37 of the First Amended Complaint and therefore deny them.

38.     Defendants deny each and every allegation contained in paragraph 38 of the First Amended Complaint.

39.     Defendants deny each and every allegation contained in paragraph 39 of the First Amended Complaint.

40.     Defendants admit that Plaintiffs have brought suit against them.  Defendants deny that any of their actions are unlawful or that Plaintiffs are entitled to redress.  Except as expressly

3467930

1   admitted herein, Defendants deny each and every allegation contained in paragraph 40 of the First

2   Amended Complaint.

3       41.     Defendants admit that, at various times, statements relating to rider safety have

4   appeared on Uber's websites.  Except as expressly admitted herein, Defendants deny each and

5   every allegation contained in paragraph 41 of the First Amended Complaint.

6       42.     Defendants admit that, at various times, statements relating to rider safety have

7   appeared on Uber's websites.  Except as expressly admitted herein, Defendants deny each and

8   every allegation contained in paragraph 42 of the First Amended Complaint.

9       43.     Defendants admit that the language quoted in paragraph 43 appeared on one of

10  Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

11  deny each and every allegation contained in paragraph 43 of the First Amended Complaint.

12      44.     Defendants admit that the language quoted in paragraph 44 appeared on one of

13  Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

14  deny each and every allegation contained in paragraph 44 of the First Amended Complaint.

15      45.     Defendants admit that, at times prior to March 24, 2015, the language quoted in

16  paragraph 45 appeared on one of Uber's websites.  The website speaks for itself.  Except as

17  expressly admitted herein, Defendants deny each and every allegation contained in paragraph 45

18  of the First Amended complaint.

19      46.     Defendants admit that the language quoted in paragraph 46 appeared on one of

20  Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

21  deny each and every allegation contained in paragraph 46 of the First Amended Complaint.

22      47.     Defendants admit that, at times prior to June 2, 2015, the language quoted in

23  paragraph 47 appeared on one of Uber's websites.  This website speaks for itself.  Except as

24  expressly admitted herein, Defendants deny each and every the allegation contained in paragraph

25  47 of the First Amended Complaint.

26      48.     Defendants admit that, at times prior to June 20, 2015, the language quoted in

27  paragraph 48 appeared on one of Uber's websites.  This website speaks for itself.  Except as

28

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

3467930

1   expressly admitted herein, Defendants deny each and every allegation contained in paragraph 48

2   of the First Amended Complaint.

3          49.     Defendants admit that the language quoted in Paragraph 49 appeared on one of

4   Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

5   deny each and every allegation contained in paragraph 49 of the First Amended Complaint.

6          50.     Defendants admit that the phrase "SAFE PICKUPS" appeared on one of Uber's

7   websites.  Defendants admit that, at times prior to March 2015, the phrase "No more waiting alone

8   on a dark street hoping you can hail a taxi" appeared on one of Uber's websites.   The websites

9   speak for themselves.  Except as expressly admitted herein, Defendants deny each and every

10  allegation contained in paragraph 50 of the First Amended Complaint.

11         51.     Defendants admit that, at various times, statements relating to rider safety have

12  appeared on Uber's websites.  Except as expressly admitted herein, Defendants deny each and

13  every allegation contained in paragraph 51 of the First Amended Complaint.

14         52.     Defendants admit that, at a various times, riders have received receipts containing a

15  line-item charge of $1 described as the "Safe Rides Fee."  Except as expressly admitted herein,

16  Defendants deny each and every allegation contained in paragraph 52 of the First amended

17  Complaint.

18         53.     Defendants admit that a hyperlinked question mark appears on the receipt sent to

19  riders who have paid the "Safe Rides Fee."  Except as expressly admitted herein, Defendants deny

20  each and every allegation contained in paragraph 53 of the First Amended Complaint.

21         54.     Defendants admit that the language quoted in paragraph 54 appears on one of

22  Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

23  deny each and every allegation contained in paragraph 54 of the First Amended Complaint.

24         55.     Defendants admit that, at times prior to March 2015, the language quoted in

25  Paragraph 55 appeared on one of Uber's websites.  This website speaks for itself.  Except as

26  expressly admitted herein, Defendants deny each and every allegation contained in paragraph 55

27  of the First Amended Complaint.

28

3467930

1    56.    Defendants deny each and every allegation contained in paragraph 56 of the First

2    Amended Complaint.

3    57.    Defendants deny each and every allegation contained in paragraph 57 of the First

4    Amended Complaint.

5    58.    Defendants deny each and every allegation contained in paragraph 58 of the First

6    Amended Complaint.

7    59.    Defendants deny each and every allegation contained in paragraph 59 of the First

8    Amended Complaint.

9    60.    Defendants admit that, at various times, statements relating to rider safety have

10   appeared on Uber's websites.  Except as expressly admitted herein, Defendants deny each and

11   every allegation contained in paragraph 60 of the First Amended Complaint.

12   61.    Defendants admit that the language quoted in Paragraph 61 appears on one of

13   Uber's websites.  This website speaks for itself.  Except as expressly admitted herein, Defendants

14   deny each and every allegation contained in paragraph 61 of the First Amended Complaint.

15   62.    Defendants admit that, at times prior to April 2015, the language quoted in

16   Paragraph 62 appeared on one of Uber's websites.  This website speaks for itself.  Except as

17   expressly admitted herein, Defendants deny each and every allegation contained in paragraph 62

18   of the First Amended Complaint.

19   63.    Defendants admit that, at times prior to October 29, 2014, the language quoted in

20   Paragraph 63 appeared on one of Uber's websites.  This website speaks for itself.  Except as

21   expressly admitted herein, Defendants deny each and every allegation contained in paragraph 63

22   of the First Amended Complaint.

23   64.    Defendants admit that, at times prior to May 2015, the language quoted in

24   Paragraph 64 appeared on one of Uber's websites.  This website speaks for itself.  Except as

25   expressly admitted herein, Defendants deny each and every allegation contained in paragraph 64

26   of the First Amended Complaint.

27   65.    Defendants admit that, at times prior to December 10, 2014, the language quoted in

28   Paragraph 65 appeared on one of Uber's websites.  Except as expressly admitted herein,

1  Defendants deny each and every allegation contained in paragraph 65 of the First Amended

2  Complaint.

3          66.     Defendants admit that, at certain periods of time, the language quoted in Paragraph

4  66 appeared on one of Uber's websites.  The website speaks for itself.  Except as expressly

5  admitted herein, Defendants deny each and every allegation contained in paragraph 66 of the First

6  Amended Complaint.

7          67.     Defendants admit that, at certain periods of time, the language quoted in Paragraph

8  67 appeared on one of Uber's websites.   This website speaks for itself.   Except as expressly

9  admitted herein, Defendants deny each and every allegation contained in paragraph 67 of the First

10  Amended Complaint.

11          68.     Defendants deny each and every allegation contained in paragraph 68 of the First

12  Amended Complaint.

13          69.     Defendants deny each and every allegation contained in paragraph 69 of the First

14  Amended Complaint.

15          70.     Defendants deny each and every allegation contained in paragraph 70 of the First

16  Amended Complaint.

17          71.     Defendants lack knowledge or information sufficient to form a belief as to the truth

18  or falsity of the allegations contained in paragraph 71 and therefore deny them.

19          72.     Defendants deny each and every allegation contained in paragraph 72 of the First

20  Amended Complaint.

21          73.     Defendants deny each and every allegation contained in paragraph 73 of the First

22  Amended Complaint.

23          74.     Defendants admit that the language quoted in paragraph 74 appears in an article

24  from the online publication Pando Daily.  Except as expressly admitted herein, Defendants deny

25  each and every allegation contained in paragraph 74 of the First Amended Complaint.

26          75.     Defendants admit that no Uber entity requires that independent transportation

27  providers who want to use the uberX platform to receive ride requests in California submit to Live

28  Scan testing.  Defendants lack knowledge or information sufficient to form a belief as to whether

3467930

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

1  Plaintiffs require their drivers to submit to Live Scan testing and therefore deny this allegation.

2  Except as expressly admitted herein, Defendants deny each and every allegation contained in

3  paragraph 75 of the First Amended Complaint.

4       76.    Defendants admit that Hirease has performed background checks on some

5  independent transportation providers who wish to partner with an Uber entity.  Defendants admit

6  that these background checks have included, but are not limited to, screening of (1) county court

7  house records going back 7 years for every county of residence, (2) federal courthouse records

8  going back 7 years, and (3) the multi-state criminal database going back 7 years.  Except as

9  expressly admitted herein, Defendants deny each and every allegation contained in paragraph 76

10  of the First Amended Complaint.

11       77.    Defendants deny each and every allegation contained in paragraph 77 of the First

12  Amended Complaint.

13       78.    Defendants admit that the language quoted in paragraph 78 appears on Hirease's

14  website.  This website speaks for itself.  Except as expressly admitted herein, Defendants deny

15  each and every allegation contained in paragraph 78 of the First Amended Complaint.

16       79.    Defendants admit that the language quoted in paragraph 79 appears in an article on

17  www.WhosDrivingYou.org, which is "an initiative of the Taxicab, Limousine & Paratransit

18  Association."  Except as expressly admitted herein, Defendants deny each and every allegation

19  contained in paragraph 79 of the First Amended Complaint.

20       80.    Defendants admit that the language quoted in paragraph 80 is contained in an

21  article that appears on an online publication called Pando Daily.  Except as expressly admitted

22  herein, Defendant denies each and every allegation contained in paragraph 80 of the First

23  Amended Complaint.

24       81.    Defendants admit that the language quoted in paragraph 81 appears in an article

25  that appears on an online publication called Gigaom.  Except as expressly admitted herein,

26  defendants deny each and every allegation contained in paragraph 81 of the First Amended

27  Complaint.

28

- 10 -

1  82.  Defendants deny each and every the allegation contained in paragraph 82 of the

2  First Amended Complaint.

3  83.  Defendants admit that the language quoted in paragraph 83 appears in an article on

4  an online publication called ValleyWag.  Except as expressly admitted herein, Defendants deny

5  each and every allegation contained in paragraph 83 of the First Amended Complaint.

6  84.  Defendants deny that the statements referenced in Paragraph 84 are false or

7  misleading.  Defendants lack sufficient information to form a belief as to whether taxi cab drivers

8  driving in Plaintiffs' cabs are required to take a driver safety course and/or receive other safety

9  training and therefore deny this allegation.  Except as expressly admitted herein, Defendants deny

10  each and every allegation contained in paragraph 84 of the First Amended Complaint.

11  85.  Defendants lack sufficient knowledge or information to form a belief as to the truth

12  or falsity of the allegations contained in Paragraph 85 and therefore deny them.

13  86.  Defendants admit that the language quoted in paragraph 86 appears in an article on

14  an online publication called Forbes.com.  Except as expressly admitted herein, Defendants deny

15  each and every allegation contained in paragraph 86 of the First Amended Complaint.

16  87.  Defendants deny each and every allegation contained in paragraph 87 of the First

17  Amended Complaint.

18  88.  Defendants deny that the statements referenced in Paragraph 88 are false or

19  misleading.  Defendants lack sufficient information to form a belief as to whether taxi cab drivers

20  driving Plaintiffs' cabs are required to take a written examination before driving customers and

21  therefore deny this allegation.

22  89.  Defendants lack sufficient knowledge or information to form a belief as to the truth

23  or falsity of the allegations contained in paragraph 89 of the First Amended Complaint and

24  therefore deny them.

25  90.  Defendants admit that they do not give potential uberX partners written

26  examinations.  Defendants admit that the language quoted in paragraph 90 appears in an article on

27  an online publication called HuffingtonPost.  The website speaks for itself.  Except as expressly

28

- 11 -

admitted herein, Defendants deny each and every allegation contained in paragraph 90 of the First Amended Complaint.

91.     Paragraph 91 of the First Amended Complaint does not make a factual allegation to which any response is required.

92.     Defendants deny each and every allegation contained in paragraph 92 of the First Amended Complaint.

93.     Defendants admit that vehicles driven by partners in at least one state are required to undergo a 19-point vehicle inspection.  Except as expressly admitted herein, Defendants deny each and every allegation contained in paragraph 93 of the First Amended Complaint.

94.     Defendants deny that Plaintiffs' taxi cabs' inspections and maintenance standards are superior to those required by Uber.  Defendants lack sufficient knowledge or information to form a belief about the remainder of the allegations contained in paragraph 94 of the First Amended Complaint and therefore deny them.

95.     Defendants deny each and every allegation contained in paragraph 95 of the First Amended Complaint.

96.     Defendants deny that the statements referenced in paragraph 96 are false and misleading.  Defendants lack sufficient information to form a belief as to the remaining allegations in this paragraph and thus deny them.

97.     Defendants deny each and every allegation contained in paragraph 97 of the First Amended Complaint.

98.     Defendants admit that no Uber entity insists that independent transportation providers partner exclusively with any Uber entity.  Defendants lack sufficient knowledge or information to form a belief as to whether it is commonplace for independent transportation providers who use the uberX platform to receive ride requests also partner with other companies and therefore deny this allegation.   Except as expressly admitted herein, Defendants deny each and every allegation contained in paragraph 98 of the First Amended Complaint.

99.     Defendants deny each and every allegation contained in paragraph 99 of the First Amended Complaint.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

1    100.    Defendants admit that the District Attorneys of San Francisco City and Los

2  Angeles County have filed the suit referenced in paragraph 100.  Defendants deny that this suit has

3  merit.  Except as expressly admitted herein, Defendants deny each and every allegation contained

4  in paragraph 100 of the First Amended Complaint.

5    101.    Defendants admit that the language quoted in Paragraph 101 appears in the

6  referenced complaint.  The complaint speaks for itself.  Except as expressly admitted herein,

7  Defendants deny each and every allegation contained in paragraph 101 of the First Amended

8  Complaint.

9    102.    Defendants admit that the language quoted in Paragraph 102 appears in the

10  referenced complaint.  This complaint speaks for itself.  Except as expressly admitted herein,

11  Defendants deny each and every allegation contained in paragraph 102 in the First Amended

12  Complaint.

13    103.    Defendants admit that the language quoted in paragraph 103 appeared in a

14  statement issued by the District Attorneys of San Francisco City and Los Angeles County.  Except

15  as expressly admitted herein, Defendants deny each and every allegation contained in Paragraph

16  103 of the First Amended Complaint.

17    104.    Defendants deny each and every allegation contained in Paragraph 104 of the First

18  Amended Complaint.

19    105.    Defendants deny each and every allegation contained in paragraph 105 of the First

20  Amended Complaint.

21    106.    Defendants deny each and every allegation contained in paragraph 106 of the First

22  Amended Complaint.

23    107.    Defendants deny each and every allegation contained in paragraph 107 of the First

24  Amended Complaint.

25    108.    Defendants deny each and every allegation in paragraph 108 of the First Amended

26  Complaint.

27

28

3467930

1       109.    Defendants lack sufficient knowledge or information to form a belief as to the truth

2 or falsity of the allegations contained in paragraph 109 of the First Amended Complaint and

3 therefore deny them.

4       110.    Defendants lack sufficient knowledge or information to form a belief as to the truth

5 or falsity of the allegations contained in paragraph 110 of the First Amended Complaint and

6 therefore deny them.

7       111.    Defendants deny each and every allegation contained in paragraph 111 of the First

8 Amended Complaint.

9 **VI.**    **<u>CLAIMS FOR RELIEF</u>**

10 **<u>FIRST CLAIM FOR RELIEF</u>**

11 **<u>VIOLATION OF THE LANHAM ACT (15 U.S.C. § 1125(a))</u>**
**(Against All Defendants)**

12       112.    In response to paragraph 112 of the First Amended Complaint, Defendants

13 incorporate all the above responses as if fully set forth herein.

14       113.    Paragraph 113 states a legal conclusion to which no response is required.  To the

15 extent that a response is required, Defendants deny each and every allegation contained in

16 paragraph 113 of the First Amended Complaint.

17       114.    Defendants deny each and every allegation contained in paragraph 114 of the First

18 Amended Complaint.

19       115.    Defendants deny each and every allegation contained in paragraph 115 of the First

20 Amended Complaint.

21       116.    Defendants deny each and every allegation contained in paragraph 116 of the First

22 Amended Complaint.

23       117.    Defendants deny each and every allegation contained in paragraph 117 of the First

24 Amended Complaint.

25       118.    Defendants deny each and every allegation contained in paragraph 118 of the First

26 Amended Complaint.

27

28

3467930

1        119.    Defendants deny each and every allegation contained in paragraph 119 of the First

2  Amended Complaint.

3        120.    Defendants deny each and every allegation contained in paragraph 120 of the First

4  Amended Complaint.

5        121.    Defendants deny each and every allegation contained in paragraph 121 of the First

6  Amended Complaint.

7        122.    Defendants deny each and every allegation contained in paragraph 122 of the First

8  Amended Complaint.

9        123.    Defendants deny each and every allegation contained in paragraph 123 of the First

10  Amended Complaint.

11                  **<u>SECOND CLAIM FOR RELIEF</u>**

12  **FALSE ADVERTISING (CALIFORNIA BUSINESS AND PROFESSIONS CODE, § 17500)**

13                        **(Against All Defendants)**

14        124.    In response to paragraph 124 of the First Amended Complaint, Defendants

15  incorporate all the above responses as if fully set forth herein.

16        125.    Paragraph 125 states a legal conclusion to which no response is required.  To the

17  extent that a response is required, Defendants deny each and every allegation contained in

18  paragraph 125 of the First Amended Complaint.

19        126.    Defendants deny each and every allegation contained in paragraph 126 of the First

20  Amended Complaint.

21        127.    Defendants deny each and every allegation contained in paragraph 127 of the First

22  Amended Complaint.

23        128.    Defendants deny each and every allegation contained in paragraph 128 of the First

24  Amended Complaint.

25        129.    Defendants deny each and every allegation contained in paragraph 129 of the First

26  Amended Complaint.

27        130.    Defendants deny that Plaintiffs are entitled to injunctive relief.

28

3467930

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

1          131.     Defendants deny each and every allegation in paragraph 131 of the First Amended

2    Complaint.

3    **VII.**    **PRAYER FOR RELIEF**

4          Defendants deny that Plaintiffs are entitled to any relief.

5                              **AFFIRMATIVE DEFENSES**

6          Without admitting any of the allegations in Plaintiffs' First Amended Complaint and

7    without waiving or excusing Plaintiffs' burdens of proof, Defendants assert the following

8    affirmative defenses, on behalf of all Defendants and against all Plaintiffs, to each of the claims

9    alleged in the First Amended Complaint.

10                  **Affirmative Defense #1:  Failure to State a Claim**

11         The First Amended Complaint fails to state a claim for which relief can be granted.

12                  **Affirmative Defense #2:  Statute of Limitations**

13         The causes of action alleged in First Amended Complaint are barred, in whole or in part,

14   by the applicable statute(s) of limitations and, in the case of the Lanham Act, by judicial analog to

15   the applicable statute(s) of limitations, and are otherwise untimely.

16                        **Affirmative Defense #3:  Laches**

17         The claims alleged in the First Amended Complaint are barred, in whole or in part, by the

18   doctrine of laches.

19                       **Affirmative Defense #4:  Standing**

20         Plaintiffs lack standing to assert the claims alleged in the First Amended Complaint.

21   Plaintiffs also lack standing to pursue the relief sought in the First Amended Complaint.

22                     **Affirmative Defense #5:  Uncertainty**

23         The allegations in the First Amended Complaint, in whole or in part, are uncertain,

24   ambiguous, and unintelligible.

25                      **Affirmative Defense #6:  Estoppel**

26         The claims alleged in the First Amended Complaint are barred by the doctrine of estoppel.

27

28

3467930          DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
                          FIRST AMENDED COMPLAINT

1

### **Affirmative Defense #7:  Unclean Hands**

2  The claims alleged in the First Amended Complaint are barred by the doctrines of unclean

3  hands, in pari delicto, and any similar such doctrine in law or equity.

4

### **Affirmative Defense #8:  Waiver**

5  The claims alleged in the First Amended Complaint are barred by the doctrine of waiver.

6

### **Affirmative Defense #9:  Adequate Remedy at Law**

7  The equitable relief requested in the First Amended Complaint is barred because Plaintiffs

8  have adequate remedies at law and/or equitable relief is neither necessary nor proper.

9

### **Affirmative Defense #10:  Collateral Estoppel and Res Judicata**

10  The claims alleged in the First Amended Complaint are barred by the doctrines of estoppel

11  and res judicata.

12

### **Affirmative Defense #11:  Failure to Mitigate**

13  The claims alleged in the First Amended Complaint are barred, in whole or in part, because

14  Plaintiffs did not mitigate or attempt to mitigate their purported damages (if in fact any damages

15  have been sustained).

16  Defendants' investigation of their defenses is ongoing and they expressly reserve the right

17  to allege and assert any additional defenses that may exist now or in the future.

18

### **PRAYER FOR RELIEF**

19  WHEREFORE, Defendants pray for judgment in their favor and against Plaintiffs as

20  follows:

21  **A.**      That Plaintiffs' Prayer for Relief be denied as to each demand and in full, and that

22  Plaintiffs take nothing by this action, and that Plaintiffs' request for damages, injunctive relief,

23  costs, attorneys' fees and expenses be denied.

24  **B.**      That Defendants be awarded costs, attorneys' fees and expenses in this action under

25  15 U.S.C. § 1117 and all other applicable law, statutes, or authorities.

26  **C.**      For any other relief that the Court deems just and proper.

27

28

3467930

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

1

2   Dated:  August 24, 2015                    IRELL & MANELLA LLP

3

4

5                                             By:  /s/ A. Matthew Ashley
                                                  A. Matthew Ashley

6

7                                             Attorney for Defendants, Uber Technologies,
                                              Inc.; Rasier, LLC; and Rasier-CA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3467930

1

## ECF ATTESTATION

2        I, Michael Harbour, am the ECF user whose ID and password are being used to file

3   **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST**

4   **AMENDED COMPLAINT**.  I hereby attest that I received authorization to insert the signatures

5   indicated by a conformed signature (/s/) within this e-filed document.

6                                        By:      /s/  Michael Harbour

7                                                         Michael Harbour

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE
FIRST AMENDED COMPLAINT

3467930