BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

CHRISTOPHER B. DOLAN (Bar No. 165358)
  chris@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile:  (415) 421-2830

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; TM-MTM, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Uber Technologies; Rasier, LLC; and Rasier-CA, LLC,<br><br>      Defendants. | CASE NO. 3:15-cv-01257-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO MOVE TO STRIKE DEFENDANTS' ANSWER** |

**INTRODUCTION**

Plaintiffs L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; TM-MTM, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab (collectively, "Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to continue Plaintiffs' deadline to move to strike any part of Defendants' Answer by 14 days, through and including September 28, 2015.  In support of the instant stipulation, the Parties state as follows:

WHEREAS, on August 3, 2015, Plaintiffs filed their Amended Complaint against Defendants (Dkt. 50).

WHEREAS, on August 24, 2015, Defendants filed their Answer (Dkt. 52).

WHEREAS, Plaintiffs have written a letter to Defendants regarding certain alleged deficiencies in Defendants' Answer that, according to Plaintiffs, would be the appropriate subject of a motion to strike under Rule 12(f) of the Federal Rules of Civil Procedure.

WHEREAS, the parties intend to have further meet and confer discussions regarding Defendants' Answer that may eliminate the need for Plaintiffs to file such a motion to strike.

WHEREAS, the parties' proposed extension of time will allow the parties (1) sufficient time to have such meet and confer sessions, and (2) sufficient time for Plaintiffs—if necessary—to prepare their motion to strike Defendants' Answer.

1  WHEREAS, the parties have sought—and the Court has granted—an extension of time for
2  Defendants to respond to the Original Complaint (Dkt. 11).
3  WHEREAS, the Court has not previously modified the deadline for Plaintiffs to file a
4  motion to strike any part of Defendants' Answer.
5  WHEREAS, the Parties' proposed extension of Plaintiffs' deadline to file a motion to strike
6  any part of Defendants' Answer will not change or alter the date of any event or any deadline
7  already fixed by Court order;
8  WHEREAS, Plaintiffs respectfully reserve the right to seek additional time to move to
9  strike any part of Defendants' Answer, if necessary and for good cause shown;
10  NOW THEREFORE, the Parties hereby STIPULATE and AGREE that Plaintiffs' deadline
11  to move to strike any part of Defendants' Answer is extended through and including September
12  28, 2015.
13  IT IS SO STIPULATED.

Dated: September 9, 2015

By: /s/ Benjamin E. Shiftan

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

CHRISTOPHER B. DOLAN (Bar No. 165358)
  chris@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs

| | |
|---|---|
| Dated:  September 9, 2015 | By:  /s/ Andra Barmash Greene |

ANDRA BARMASH GREENE (Bar. No. 23931)
  agreene@irell.com
A. MATTHEW ASHLEY (Bar. No. 198235)
  mashley@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Defendants

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Benjamin E. Shiftan hereby attests that concurrence in the filing of this document has been obtained by all signatories.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2015

_____
United States District Court Judge

865266.1                                    3                             3:15-cv-01257-JST
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO MOVE TO STRIKE DEFENDANTS' ANSWER

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104