IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc.; Rasier, LLC; and
Rasier-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; TM-MTM, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab,<br><br>Plaintiffs,<br><br>vs.<br><br>Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC,<br><br>Defendants. | Case No. 3:15-cv-01257-JST<br><br>**STIPULATION TO AMEND ANSWER** |

Plaintiffs L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; TM-MTM, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab (collectively, "Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through their undersigned counsel, hereby jointly request, pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15(a)(2), for an order allowing Defendants to amend their answer to remove their third, sixth, seventh, eighth, tenth, and eleventh affirmative defenses. The parties stipulate as follows:

WHEREAS, on August 3, 2015, Plaintiffs filed their Amended Complaint against Defendants (Dkt. 50).

WHEREAS, on August 24, 2015, Defendants filed their Answer to Plaintiffs' First Amended Complaint (Dkt. 52).

WHEREAS, on September 8, 2015 Plaintiffs wrote a letter to Defendants regarding certain alleged deficiencies in Defendants' Answer that, according to Plaintiffs, would be the appropriate subject of a motion to strike under Rule 12(f) of the Federal Rules of Civil Procedure.

WHEREAS, on September 9, 2015 the parties filed a joint stipulation to extend Plaintiffs' deadline to move strike Defendants' Answer so that the parties could meet and confer regarding Plaintiffs' letter (Dkt. 59).

WHEREAS, on September 14, 2015 the Court granted this stipulation (Dkt. 60).

WHEREAS, the parties have now met and conferred and have agreed that Plaintiffs will

not file a motion to strike provided that Defendants amend their Answer to remove the following affirmative defenses: Affirmative Defense #3 ("Laches"), Affirmative Defense #6 ("Estoppel"), Affirmative Defense #7 ("Unclean Hands"), Affirmative Defense #8 ("Waiver"), Affirmative Defense #10 ("Collateral Estoppel and Res Judicata"), and Affirmative Defense #11 ("Failure to Mitigate").

WHEREAS, Defendants' agreement to remove these defenses shall not in any way be construed as an admission that they are improperly plead.

WHEREAS, Defendants reserve all rights to raise these defenses in a subsequent motion or pleading.

WHEREAS, Plaintiffs agree that the absence of these defenses in Defendants' First Amended Answer does not by itself constitute waiver with respect to these defenses.

WHEREAS, Plaintiffs also agree that the absence of these defenses in Defendants' First Amended Answer does not by itself signify that Plaintiffs would be prejudiced should Defendants raise these defenses in a future motion or pleading.

WHEREAS, Plaintiffs otherwise reserve all rights to object to any affirmative defense that Defendants raise in a future motion or pleading, including, but not limited to, on the grounds of prejudice.

WHEREAS, the current deadline to amend the pleadings is October 16, 2015 (Dkt 49).

NOW, THEREFORE, the parties, by and through their respective attorneys, stipulate and agree that Defendants may amend their Answer to remove their third, sixth, seventh, eighth, tenth, and eleventh affirmative defenses.

**IT IS SO STIPULATED**

Dated: September 28, 2015

By: /s/ A. Matthew Ashley

ANDRA BARMASH GREENE (Bar. No. 23931)
agreene@irell.com
A. MATTHEW ASHLEY (Bar. No. 198235)
mashley@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants

Dated: September 28, 2015

By: /s/ Benjamin E. Shiftan

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

CHRISTOPHER B. DOLAN (Bar No. 165358)
chris@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2015

The Honorable J
United States Dis

UNITED STATES DISTRICT COURT
APPROVED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this STIPULATION TO AMEND ANSWER. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this efiled document.

By: /s/ Michael D. Harbour
Michael D. Harbour