1  **IRELL & MANELLA LLP**
   Andra Barmash Greene (123931)
2     agreene@irell.com
   A. Matthew Ashley (198235)
3     mashley@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone:  (949) 760-0991
5  Facsimile:  (949) 760-5200

6  Attorneys for Defendants in *LA Taxi v. Uber*

7  [*Additional Counsel of Record Listed on Following Page*]

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| L.A. Taxi Cooperative, Inc. dba Yellow Cab Co.; Administrative Services SD, LLC dba Yellow Radio Service; All Yellow Taxi, Inc. dba Metro Cab; American Cab, LLC; American Cab, LLC dba Pomona Valley Yellow Cab; Bell Cab Company, Inc.; TM-MTM, Inc.; Big Dog City Corporation dba Citywide Dispatch, Citywide Taxi, and Big Dog Cab; Cabco Yellow, Inc. dba California Yellow Cab; C&J Leasing, Inc. dba Royal Taxi; G&S Transit Management, Inc.; Gorgee Enterprises, Inc.; LA City Cab, LLC; Long Beach Yellow Cab Co-operative, Inc.; Network Paratransit Systems, Inc.; South Bay Co-operative, Inc. dba United Checker Cab; Taxi Leasing, Inc. dba Yellow Cab of Ventura County; Tri-City Transportation Systems, Inc.; Tri Counties Transit Corporation dba Blue Dolphin Cab of Santa Barbara, Yellow Cab of Santa Maria, and Yellow Cab of San Luis Obispo; and Yellow Cab of South Bay Co-operative, Inc. dba South Bay Yellow Cab,<br><br>   Plaintiffs,<br><br> vs.<br><br>Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC,<br><br>   Defendants. | Case No. 3:15-cv-01257-JST<br>Consolidated with Case No. 3:15-cv-3866-JST<br><br>[~~PROPOSED~~] CONSOLIDATED JOINT CASE MANAGEMENT SCHEDULE |

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Phone: (415) 433 9000; Fax: (415) 433 9008

Attorneys for Plaintiffs in *LA Taxi v. Uber*

**LAW OFFICES OF HAROLD M. JAFFE**
HAROLD M. JAFFE (BAR NO. 57397)
3521 Grand Avenue
Oakland, CA 94610
Phone: (510) 452-2610; Fax: (510) 452-9125
E-Mail: jaffe510@aol.com

**LAW OFFICES OF BRIAN W. NEWCOMB**
BRIAN W. NEWCOMB (BAR NO. 55156)
770 Menlo Avenue, Suite 101
Menlo Park, CA 94025
Phone: (650) 322-7780; Fax: (650) 322-7740
E-Mail: brianwnewcomb@gmail.com

Attorneys for Plaintiffs in *Rosen v. Uber*

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
MARSHALL C. WALLACE (127103)
KAMRAN JAVANDEL (272900)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com

MARISSA M. DENNIS (245027)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mdennis@allenmatkins.com

Attorneys for Defendants in *Rosen v. Uber*

Pursuant to the Court's directive at the January 25, 2016 Combined Case Management Conference (*L.A. Taxi* Dkt. No. 74) and given that the two cases are now consolidated for pre-trial purposes (*id.*), the parties in *L.A. Taxi Cooperative et al. v. Uber Technologies et al.*, No. 15-cv-01257-JST, and *Rosen v. Uber Technologies, Inc. et al.*, No. 15-cv-3866-JST, have met and conferred in an effort to create a consolidated case management schedule up through the hearing on dispositive motions.[1]  This proposed consolidated joint case management schedule is without prejudice to the Parties' rights to seek to modify the schedule for good cause.

The Parties have agreed upon the following consolidated joint case management schedule. Unless otherwise indicated by a case name preceding the Event, all proposed dates apply to both cases:

| Event | Proposed Date |
| --- | --- |
| *Rosen v. Uber*:  Hearing on Motion to Dismiss/Motion to Strike and Further CMC | February 11, 2016 |
| *Rosen v. Uber*:  Deadline for Initial Disclosures | Two weeks after Court's ruling on Uber's Rule 12 motion |
| *Rosen v. Uber*:  Deadline to Amend Pleadings | March 15, 2016, or two weeks after the Court's ruling on Uber's Rule 12 motion, whichever is later |
| Fact discovery cut-off | November 11, 2016 |
| Designation and opening reports of experts | November 18, 2016 |
| Rebuttal expert designation and reports | January 13, 2017 |
| Expert discovery cut-off | February 10, 2017 |
| Mediation deadline | February 10, 2017 |
| *Rosen v. Uber*:  Deadline to file motion for class certification | February 16, 2017 |
| *Rosen v. Uber*:  Opposition to class certification | March 16, 2017 |

---

[1] This same Proposed Consolidated Joint Case Management Schedule has been filed in both the *L.A. Taxi* case and the *Rosen* case.

| Event | Proposed Date |
|---|---|
| *Rosen v. Uber*:  Reply in support of class certification | March 30, 2017 |
| *Rosen v. Uber*:  Hearing on class certification | April 13, 2017 |
| Deadline to file dispositive motions | April 27, 2017 |
| Oppositions to dispositive motions | May 15, 2017 |
| Replies in support of dispositive motions | May 25, 2017 |
| Hearing on dispositive motions | June 8, 2017 |
| **END OF COORDINATION OF CASES** | |
| *Rosen v. Uber*:  Case Management Conference to discuss trial plan (if necessary) in light of Court's decisions on class certification and dispositive motions | June 21, 2017 |
| *LA Taxi v. Uber*: Pretrial conference statement due | June 30, 2017 |
| *LA Taxi v. Uber*: Pretrial conference | July 7, 2017 at 2:00 p.m. |
| *LA Taxi v. Uber*:  Trial | July 24, 2017 at 8:30 a.m. |

Dated:  February 8, 2016                    Respectfully submitted,


By: /s/ Benjamin E. Shiftan
    BRUCE L. SIMON (Bar No. 96241)
       bsimon@pswlaw.com
    BENJAMIN E. SHIFTAN (Bar No. 265767)
       bshiftan@pswlaw.com
    **PEARSON, SIMON & WARSHAW, LLP**
    44 Montgomery Street, Suite 2450
    San Francisco, California 94104
    Phone:  (415) 433 9000; Fax:  (415) 433 9008

    Attorneys for Plaintiffs in *L.A. Taxi v. Uber*


By:/s/ Harold M. Jaffee
    HAROLD M. JAFFE (BAR NO. 57397)
    **LAW OFFICES OF HAROLD M. JAFFE**
    3521 Grand Avenue
    Oakland, CA 94610
    Phone: (510) 452-2610; Fax: (510) 452-9125
    E-Mail: jaffe510@aol.com


By:/s/ Brian W. Newcomb
    BRIAN W. NEWCOMB (BAR NO. 55156)
    **LAW OFFICES OF BRIAN W. NEWCOMB**
    770 Menlo Avenue, Suite 101
    Menlo Park, CA 94025
    Phone: (650) 322-7780; Fax: (650) 322-7740
    E-Mail: brianwnewcomb@gmail.com

    Attorneys for Plaintiff in *Rosen v. Uber*


By: /s/ A. Matthew Ashley
    Andra Barmash Greene (123931)
    agreene@irell.com
    A. Matthew Ashley (198235)
    mashley@irell.com
    **IRELL & MANELLA LLP**
    840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
    Telephone: (949) 760-0991
    Facsimile:  (949) 760-5200

    Attorneys for Uber in *LA Taxi v. Uber*

By: /s/ Marshall C. Wallace
MARSHALL C. WALLACE (BAR NO. 127103)
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  mwallace@allenmatkins.com

Attorneys for Uber in *Rosen v. Uber*

IT IS SO ORDERED.

DATED: February 8, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file **[PROPOSED] CONSOLIDATED JOINT CASE MANAGEMENT SCHEDULE**. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:    /s/ Nathaniel Lipanovich

Nathaniel Lipanovich