UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TAXI COOPERATIVE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-01257-JST<br><br>**ORDER GRANTING STIPULATION TO AMEND ANSWER**<br><br>Re: ECF No. 87 |

　　　　The parties have filed a stipulation requesting Defendants be granted leave to file a Second Amended Answer in order to add an additional affirmative defense. ECF No. 87. Because the parties have so stipulated, the request is granted. Defendants shall file their Second Amended Answer within three days of the date of this order. Pursuant to the stipulation, any motion to strike the Second Amended Answer shall be filed within twenty-one days of the date Defendants serve the Second Amended Answer. ECF No. 87 at 3.

　　　　IT IS SO ORDERED.

Dated: May 9, 2016

_____
JON S. TIGAR
United States District Judge