UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TAXI COOPERATIVE, INC., et al.,<br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | Case No. 15-cv-01257-JST   (DMR)<br><br>**ORDER RE DISCOVERY LETTER**<br>Re: Dkt. No. 90 |

The court has reviewed the parties' June 7, 2016 joint discovery letter. Discovery Letter [Docket No. 90]. This matter is appropriate for determination without oral argument. Civil L.R. 7-1(b).

Defendants seek to compel Plaintiffs to provide further responses to Request for Production ("RFP") Nos. 1-4 and 7-8, which relate to Plaintiffs' safety practices. Defendants state that some Plaintiffs have produced responsive documents, but many did not. Defendants seek (1) production of all responsive documents by a date certain; and (2) written confirmation that if a particular Plaintiff has not produced responsive documents, then that Plaintiff has no responsive documents on that topic. Discovery Letter at 1.

Plaintiffs state that they have produced all documents that they have identified as responsive to RFP Nos. 1-4 and 7-8, and that their investigation to identify additional responsive documents is ongoing. *Id.* at 2-3. Plaintiffs anticipate that all responsive documents will be produced by July 29, 2016. Discovery Letter at 3.

To the extent Defendants seek relief in the form of a date certain for completion of Plaintiffs' production, Defendants' motion is denied as moot. At the June 9, 2016 discovery hearing (which took place after the parties filed the instant joint letter brief), the court ordered the parties to meet and confer to agree on dates for both parties to complete their production of

1  documents.  Minute Order [Docket No. 91].

2      With respect to Defendants' second request, by parties' agreed-upon date for the
3  completion of production of documents responsive to RFP Nos. 1-4 and 7-8, each Plaintiff shall
4  confirm in writing that it has produced all documents responsive to the request, or specify any
5  documents withheld on the basis of an objection.  Fed. R. Civ. P. 34(b)(2)(C).  Plaintiffs shall
6  further confirm that if a Plaintiff has not produced any documents as responsive to a particular
7  request, that Plaintiff does not have responsive documents in its possession, custody or control.

9  **IT IS SO ORDERED.**

10  Dated: June 17, 2016

                Donna M. Ryu
           United States Magistrate Judge