1  IRELL & MANELLA LLP
   Andra Barmash Greene (123931)
2  agreene@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone:   (949) 760-0991
5  Facsimile:   (949) 760-5200

6  Attorneys for Defendants
   Uber Technologies, Inc.; Rasier, LLC; and
7  Rasier-CA, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11 L.A. Taxi Cooperative, Inc. dba Yellow Cab     ) Case No. 3:15-cv-01257-JST
   Co.; Administrative Services SD, LLC dba      )
12 Yellow Radio Service; All Yellow Taxi, Inc.   ) **STIPULATION TO MODIFY**
   dba Metro Cab; American Cab, LLC;             ) **CONSOLIDATED JOINT CASE**
13 American Cab, LLC dba Pomona Valley           ) **MANAGEMENT SCHEDULE**
   Yellow Cab; Bell Cab Company, Inc.; TM-       )
14 MTM, Inc.; Big Dog City Corporation dba       )
   Citywide Dispatch, Citywide Taxi, and Big     )
15 Dog Cab; Cabco Yellow, Inc. dba California    )
   Yellow Cab; C&J Leasing, Inc. dba Royal       )
16 Taxi; G&S Transit Management, Inc.; Gorgee    )
   Enterprises, Inc.; LA City Cab, LLC; Long     )
17 Beach Yellow Cab Co-operative, Inc.;          )
   Network Paratransit Systems, Inc.; South Bay  )
18 Co-operative, Inc. dba United Checker Cab;    )
   Taxi Leasing, Inc. dba Yellow Cab of Ventura  )
19 County; Tri-City Transportation Systems, Inc.;)
   Tri Counties Transit Corporation dba Blue     )
20 Dolphin Cab of Santa Barbara, Yellow Cab of   )
   Santa Maria, and Yellow Cab of San Luis       )
21 Obispo; and Yellow Cab of South Bay Co-       )
   operative, Inc. dba South Bay Yellow Cab,     )
22                                               )
                    Plaintiffs,                  )
23                                               )
          vs.                                    )
24                                               )
   Uber Technologies, Inc.; Rasier, LLC; and     )
25 Rasier-CA, LLC,                               )
                                                 )
26                  Defendants.                  )
                                                 )
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10088934

STIPULATION TO MODIFY CONSOLIDATED
JOINT CASE MANAGEMENT SCHEDULE Case No.
3:15-cv-01257-JST

1  Plaintiffs have requested a slight modification of the Consolidated Joint Case Management
2 Schedule, to which Defendants have agreed subject to Court approval.  Specifically, this
3 Stipulation seeks modification of the Consolidated Joint Case Management Schedule to extend the
4 deadline for Plaintiffs to take the deposition of Defendants' Rule 30(b)(6) corporate designee on
5 Uber's financial statements, and to exchange opening and rebuttal expert reports on causation and
6 damages, with depositions of these experts to follow the exchange.  No other discovery deadlines
7 are affected by this Stipulation (including the expert discovery deadlines for all other experts), nor
8 is the trial date or pretrial conference date affected by this Stipulation.  The parties submit this
9 Stipulation pursuant to Civil Local Rule 7-12 and Federal Rule of Civil 16(b)(4).  The parties
10 stipulate as follows:

11  WHEREAS, on March 18, 2015, Plaintiffs commenced this action.  (Dkt. No 1).
12  WHEREAS, on January 25, 2016, the Court consolidated this matter with *Rosen v. Uber*
13 *Technologies, Inc.*, 3:15-cv-03866-JST ("*Rosen*") for purposes of discovery.  (Dkt. No. 74).
14  WHEREAS, on February 8, 2016, this Court entered a Consolidated Joint Case
15 Management Schedule (Dkt. No. 79), which sets forth the following deadlines pertinent to this
16 Stipulation: (1) the fact discovery cut-off is November 11, 2016; (2) designation and opening
17 reports of experts are due November 18, 2016; (3) the designation and reports of rebuttal experts
18 are due January 13, 2017; (4) and the expert discovery cut-off is February 10, 2017.  Trial in the
19 matter is scheduled to commence on July 24, 2017.
20  WHEREAS, on November 7, 2016, the parties filed a letter brief with Magistrate Judge
21 Ryu regarding a dispute over the production of Uber's financial information. (Dkt. 100) ("Joint
22 Letter Brief").
23  WHEREAS a Magistrate Judge Ryu has not yet rendered a decision on the parties' Joint
24 Letter Brief.
25  WHEREAS twenty five depositions have been taken in this matter, including the
26 deposition of Uber's 30(b)(6) witness on all topics other than Defendants' financial statements.
27  WHEREAS Plaintiffs maintain that a modification of the Scheduling Order is necessary so
28 that Plaintiffs may take a Rule 30(b)(6) deposition of Defendants' corporate designee on

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10088934

- 1 -

STIPULATION TO MODIFY CONSOLIDATED
JOINT CASE MANAGEMENT SCHEDULE Case No.
3:15-cv-01257-JST

Defendants' financial statements after the Court rules on the parties' Joint Letter Brief.  A further modification is necessary to allow Plaintiffs to submit their expert report on damages, which will be based in part on Defendants' financial information, after the deadline to exchange expert reports and to give Defendants time to respond to this report accordingly.

WHEREAS the following stipulation applies only to the present matter only and does not affect the calendar or the Court's order regarding scheduling in *Rosen*.

WHEREAS, for the reasons stated in this Stipulation, good cause exists to modify the Joint Case Management Schedule.

NOW, THEREFORE, the parties, by and through their respective attorneys, stipulate and agree that, subject to Court approval, the Consolidated Joint Case Management Schedule should be modified as follows:

If Magistrate Judge Ryu rules in favor of Plaintiffs with respect to the Joint Letter Brief, the following schedule will apply:

    (a) Within five court days of Defendants' production of financial information pursuant to Magistrate Judge Ryu's order, Plaintiffs will take the Rule 30(b)(6) deposition of Defendants' corporate designee regarding Uber's financial statements, or, if the designee is not available within those five court days, the first date available thereafter.

    (b) Within fourteen calendar days of the deposition, Plaintiffs will submit their expert report on causation and damages.

    (c) Defendants will then have eight weeks from the date of receipt of Plaintiffs' damages report to disclose Defendants' rebuttal expert(s) and serve expert reports on causation and damages (which is the current period set forth in the Case Management Schedule between the date of service of opening reports and the date of service of rebuttal reports).  Plaintiffs agree that no causation or damages

1  expert report is necessary from Defendants other than a rebuttal
2  report.
3       If Magistrate Judge Ryu rules in favor of Defendants with respect to the Joint Letter Brief,
4  the following schedule will apply:
5       (a) Within five court days of Magistrate Judge Ryu's ruling,
6       Plaintiffs will take the Rule 30(b)(6) deposition of Defendants'
7       corporate designee regarding Uber's financial statements, or, if the
8       designee is not available within those five court days, the first date
9       available thereafter.
10      (b) Within fourteen calendar days of the deposition, Plaintiffs will
11      submit their expert report on causation and damages.
12      (c) Defendants will then have eight weeks from the date of receipt of
13      Plaintiffs' damages report to disclose Defendants' rebuttal expert(s)
14      and serve expert reports on causation and damages (which is the
15      current period set forth in the Case Management Schedule between
16      the date of service of opening reports and the date of service of
17      rebuttal reports). Plaintiffs agree that no causation or damages
18      expert report is necessary from Defendants other than a rebuttal
19      report.
20       This Stipulation does not affect the deadline to designate and exchange reports of any other
21  experts. If any of the modifications above require an additional modification of the February 10,
22  2017 expert discovery cut-off (such as the depositions of the causation and damages experts), the
23  parties will meet and confer and propose a reasonable extension subject to Court approval. No
24  other dates in the Consolidated Joint Case Management Schedule (Dkt. No. 79) are affected by
25  this Stipulation.
26  **IT IS SO STIPULATED.**
27  //
28  //

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10088934    - 3 -    STIPULATION TO MODIFY CONSOLIDATED
JOINT CASE MANAGEMENT SCHEDULE Case No.
3:15-cv-01257-JST

| | |
|---|---|
| Dated:  November 14, 2016 | By:  /s/ A. Matthew Ashley |
| | A. MATTHEW ASHLEY |
| | **IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile:  (949) 760-5200 |
| | Attorneys for Defendants |
| Dated:  November 14, 2016 | By: /s/ George Schieffelin Trevor |
| | GEORGE SCHIEFFELIN TREVOR |
| | **PEARSON, SIMON & WARSHAW, LLP**<br>44 Montgomery Street, Suite 2450<br>San Francisco, California 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008 |
| | Attorneys for Plaintiffs |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2016

_____
The Honorable Jon S. Tigar
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10088934

- 4 -

STIPULATION TO MODIFY CONSOLIDATED
JOINT CASE MANAGEMENT SCHEDULE Case No.
3:15-cv-01257-JST