**Pearson, Matthew A.**

| | |
|---|---|
| **From:** | Ashley, Matt <MAshley@irell.com> |
| **Sent:** | Tuesday, July 21, 2015 5:54 PM |
| **To:** | Shiftan, Benjamin E.; Greene, Andra |
| **Cc:** | Lipanovich, Nathaniel |
| **Subject:** | RE: L.A. Taxi v. Uber |

Sure.

---

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Tuesday, July 21, 2015 5:46 PM
**To:** Greene, Andra; Ashley, Matt
**Cc:** Lipanovich, Nathaniel
**Subject:** RE: L.A. Taxi v. Uber

Thanks.  See you tomorrow.  Can we also agree—under FRCP 5(b)(2)(E)—that service by e-mail (e.g., for the initial disclosures due tomorrow) constitutes effective service?

Ben

Benjamin E. Shiftan
PEARSON|SIMON ▪ WARSHAW, LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

---

**From:** Greene, Andra [mailto:AGreene@irell.com]
**Sent:** Tuesday, July 21, 2015 11:17 AM
**To:** Shiftan, Benjamin E.; Ashley, Matt
**Cc:** Lipanovich, Nathaniel
**Subject:** RE: L.A. Taxi v. Uber

Sure

---

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Tuesday, July 21, 2015 11:11 AM
**To:** Ashley, Matt
**Cc:** Greene, Andra; Lipanovich, Nathaniel
**Subject:** RE: L.A. Taxi v. Uber

Sure.  Let's meet in the attorney lounge before the hearing.  1:30 work?

Benjamin E. Shiftan
PEARSON|SIMON ▪ WARSHAW, LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104

bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

---

**From:** Ashley, Matt [mailto:MAshley@irell.com]
**Sent:** Monday, July 20, 2015 6:29 PM
**To:** Shiftan, Benjamin E.
**Cc:** Greene, Andra; Lipanovich, Nathaniel
**Subject:** RE: L.A. Taxi v. Uber

Hi Ben, could we have a quick call tomorrow or perhaps meet a little before Wed's hearing to discuss deposition and rog limits?  Shouldn't take very long.

Matt

---

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Tuesday, July 14, 2015 11:24 AM
**To:** Lipanovich, Nathaniel; Ashley, Matt
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Thanks, Nat.  I've had cases in N.D. Cal. where both the CMC Statement and Joint Report were filed.  That said, upon closer look at the Rules, I agree and think that you're right—we've complied with the Rules by just filing the CMC Statement, and there is no need to file a duplicative Joint Report.

Thanks,

Ben

Benjamin E. Shiftan
**PEARSON | SIMON ■ WARSHAW,** LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

---

**From:** Lipanovich, Nathaniel [mailto:NLipanovich@irell.com]
**Sent:** Tuesday, July 14, 2015 9:54 AM
**To:** Shiftan, Benjamin E.; Ashley, Matt
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Ben,

The Joint Case Management Statement we filed last week covers the information in the Rule 26 report, and I am not aware of any cases before Judge Tigar where a separate report was filed.  In the Northern District of California, it looks

like the Joint Case Management Statement is it, and the parties do not file another report one week before the CMC.  If you think otherwise, please let us know.

Nat

---

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Tuesday, July 14, 2015 9:29 AM
**To:** Ashley, Matt; Lipanovich, Nathaniel
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Matt:

My calendar shows our Joint Rule 26 report as due tomorrow.  I can put together first draft if you'd like.  It should be very straightforward and basically just include the same information that went into the CMC statement.  Just let me know.

Thanks,

Ben

Benjamin E. Shiftan
PEARSON|SIMON ■ WARSHAW, LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

---

**From:** Ashley, Matt [mailto:MAshley@irell.com]
**Sent:** Monday, July 06, 2015 3:02 PM
**To:** Shiftan, Benjamin E.; Lipanovich, Nathaniel
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Thanks, Ben.  We'll work on this and get you a redline draft asap.

---

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Monday, July 06, 2015 2:55 PM
**To:** Ashley, Matt; Lipanovich, Nathaniel
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Matt:

See the attached draft shell of the Joint CMC Statement.  I'm still thinking through some of the dates/other information I plugged in, and may still modify.  I wanted to get you this draft today though so that you could begin plugging in defendant-specific information where appropriate.

Let's plan to talk tomorrow to see if we can get on same page with respect to the dates we are plugging in.

Thanks,

Ben

Benjamin E. Shiftan
PEARSON | SIMON ▪ WARSHAW, LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

**From:** Ashley, Matt [mailto:MAshley@irell.com]
**Sent:** Monday, June 29, 2015 12:23 PM
**To:** Shiftan, Benjamin E.; Lipanovich, Nathaniel
**Cc:** Greene, Andra
**Subject:** RE: L.A. Taxi v. Uber

Would 10 am Pacific work for you?

**From:** Shiftan, Benjamin E. [mailto:bshiftan@pswlaw.com]
**Sent:** Monday, June 29, 2015 11:53 AM
**To:** Ashley, Matt; Lipanovich, Nathaniel
**Subject:** L.A. Taxi v. Uber

Matt and Nat:

My calendar shows Wednesday as our deadline to conduct our FRCP 26(f) conference.  Can we set up a call for Wednesday morning?

Thanks,

Ben

Benjamin E. Shiftan
PEARSON | SIMON ▪ WARSHAW, LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
bshiftan@pswlaw.com
(415) 400-7713 Direct
(415) 433-9000 Main
(415) 433-9008 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.