**VIA ECF**
January 11, 2017

The Honorable Donna M. Ryu
Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

     Re: *L.A. Taxi Coop., Inc. et al. v. Uber Tech., Inc. et al.*, No. 3:15-cv-01257-JST

Dear Judge Ryu:

     Pursuant to the Court's Notice (Docket 113), Plaintiffs submit the following documents:

1. PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS (SET THREE), served on October 10, 2016; and,
2. DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET FOUR).

                          Respectfully submitted,

                          */s/  George S. Trevor*
                          George S. Trevor
                          Counsel for Plaintiffs