**VIA ECF**
January 13, 2017

The Honorable Donna M. Ryu
Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

      Re: *L.A. Taxi Coop., Inc. et al. v. Uber Tech., Inc. et al.*, No. 3:15-cv-01257-JST

Dear Judge Ryu:

      Pursuant to the Court's January 12, 2017 Order (Docket 115), Plaintiffs submit the following documents:

1. December 30, 2015 Letter from Defendants regarding Plaintiffs' RFPs 5, 8, 9 , 11, 12, 13, 14, 17, 20, 21-25; and,
2. March 4, 2016 Letter to Defendants regarding Plaintiffs' RFPs 5, 8, 9 , 11, 12, 13, 14, 20, 21-25.

      Respectfully submitted,

      */s/  George S. Trevor*
      George S. Trevor
      Counsel for Plaintiffs